IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00257-PAB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1.    AARON JOHN BURKERT,
    Defendant.

---

**ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIAL
TO THE PROBATION OFFICER**

---

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material [Docket No. 19], pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that:

    1.    Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the government may disclose to the probation officer preparing the presentence report: (1) the transcript of the testimony of witnesses who appeared before the grand jury and provided the evidence that resulted in the indictment in this case, and (2) the exhibits that were used during that testimony.

    2.    The probation officer shall use the materials only for obtaining information about the offense, shall not disseminate the material to any other person, shall not disclose any information from the material in her written report without prior

authorization from this Court, and shall return the materials to the prosecuting attorney at the conclusion of the sentencing hearing.

Copies of grand jury materials shall be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED March 24, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge