IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00257-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     AARON JOHN BURKERT,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the government's Notice of Intent to Present Evidence at Sentencing Hearing [Docket No. 24]. It is

    ORDERED that on or before **Monday April 26, 2010 at 5:00 p.m.** the parties shall jointly contact Chambers (303-335-2794) to discuss the anticipated length of the sentencing hearing.

    DATED April 23, 2010.