IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00257-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON JOHN BURKERT,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on the government's Motion to Dismiss Counts 1-11 and 13-34 [Docket No. 28]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the motion to dismiss [Docket No. 28] is GRANTED. Counts 1-11 and 13-34 of the indictment are DISMISSED.

    DATED May 3, 2010, *nunc pro tunc* April 30, 2010.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge